Tr. Ct Case No. 10.719-H
29.025-11

Court of Criminal Appeal
Clerk: Acosta, Abel
P.O. Box 12308, Capitol Station
Austin TEXAS 78711

10/19/2015
RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 26 2015
Abel Acosta. Clerk

RE: 10.719-H New Mailing Address: 3872
F.M. 350. Polunsky Unit. Livington Tx.
77351.

Dear Clerk:
   Please find new mailing Address in
the above reference. As of 10/16/2015
first response received dated 06/04/15
from trial Court almost four month. So
any ruling in this cause is to be for-
ward to the new address in above
reference. to:
   Larry Joe Jones # 2005311

Sincerely

Jones, Larry

10/19/2005

THE Court of Criminal

~~Criminal Court of~~ Appeal

Abel Acosta, Clerk

P.O. Box 12308

Austin TEXAS, 78711

Capitol Station

Re: New Address For Tr. Ct No. 10.719-G

WR-29625-11. ~~3782~~ 3872 FM 350,

Polunsky Unit. Livington, Texas

77351

Dear Clerk

Please find enclose the New address in above reference.

Jones, Larry #2005311